[No. 27066-4-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MAX ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03341-1, Robert E. Dixon, J., entered

October 2, 1990. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Forrest and Kennedy, JJ.